# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GERALD DIKES,<br><br>         Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary, et al.,<br><br>         Respondents. | Case No.: 3:20-cv-00335-MMA-NLS<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at Avenal State Prison and thus named Rosemary Ndoh, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on August 10, 2021, it appears Petitioner is no longer housed at Avenal State Prison; rather, it appears he is presently incarcerated at Valley State Prison in Chowchilla, California.

  A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Kathleen Allison, Secretary of the California Department of

Corrections and Rehabilitation, as Respondent in place of "Rosemary Ndoh." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court will modify the docket to reflect "Kathleen Allison, Secretary" as respondent in place of "Rosemary Ndoh."

**IT IS SO ORDERED.**

Dated:  August 12, 2021

Hon. Nita L. Stormes
United States Magistrate Judge