UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALE GERALD DIKES,<br><br>                              Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary, et al.,<br><br>                            Respondents. | Case No.: 3:20-cv-00335-MMA-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE; and**<br><br>**(2) DENYING WITHOUT PREJUDICE MOTION FOR RECONSIDERATION OF MOTION TO APPOINT COUNSEL**<br><br>[ECF No. 26] |

      Before the Court is Petitioner's application for an enlargement of time to file his traverse and for reconsider of the denial of his previous motion for appointment of counsel. ECF No. 26.

      First, as to the extension request, the Court has previously granted several requests for extension. ECF Nos. 19, 21, 23, 25. In the instant application, Petitioner cites similar reasons, including the volume of the record, Petitioner's lack of legal expertise, issues with getting files from his trial attorney, and also claims that he is still suffering from mental

issues. ECF No. 26 at 11. The Court will **GRANT** this additional extension request, but cautions Petitioner that it has already granted extensions totaling almost seven months. Any additional requests will be carefully scrutinized and must be supported with more extraordinary circumstances. Petitioner must file his traverse by **April 23, 2022**.

Second, as to the reconsideration request regarding the motion to appoint counsel, the Court previously denied the appointment of counsel request because Petitioner had been able to sufficiently represent himself, it was not evident that an evidentiary hearing would be necessary, and Petitioner's medical incident did not indicate that the condition was persistent and would affect his mental capacity going forward. ECF No. 25. In the instant application, Petitioner does not bring forth any new arguments or changed circumstances. Accordingly, Petitioner's request for reconsideration of the previous denial of his request for appointment of counsel is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 30, 2022

Hon. Nita L. Stormes
United States Magistrate Judge