## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GERALD DIKES,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 20-cv-335-MMA (NLS)<br><br>**ORDER DENYING AS MOOT MOTION TO APPOINT APPELLATE COUNSEL;**<br><br>[Doc. No. 31]<br><br>**DENYING MOTION TO PREPARE AND FILE REPORTER'S TRANSCRIPT;**<br><br>[Doc. No. 32]<br><br>**DENYING AS MOOT MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; AND**<br><br>[Doc. No. 35]<br><br>**DENYING AS MOOT MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>[Doc. No. 36] |

On May 17, 2022, the Court issued an Order (1) Denying Petition for Writ of Habeas Corpus; (2) Denying Petitioner's Request for an Evidentiary Hearing, for an Order to Show Cause, for Appointment of Counsel, and Other Relief; and (3) Denying a Certificate of Appealability. Doc. No. 28. Petitioner filed a motion for reconsideration of that Order, which the Court denied. *See* Doc. Nos. 33, 37. Petitioner also seeks appointment of appellate counsel, preparation and filing of reporter's transcript, leave to proceed in forma pauperis, and certification of appealability. Doc. Nos. 31, 32, 35, 36.

As to Petitioner's request for reporter's transcripts, he does not specify what transcripts he is requesting to be prepared. It is unclear what documents are not "already on file" for which Petitioner requests the corresponding reporter's transcript. *See* Fed. R. App. P. 10(b)(1)(A)(i). In any event, there were no hearings or other court matters in the case that required and rendered a transcript. *See* Docket. The Court therefore **DENIES** Petitioner's motion for leave to require transcription to occur.

Further, Petitioner has filed a Notice of Appeal. *See* Doc. Nos. 30, 34. In light of the Court's rulings, *see* Doc. Nos. 28, 29, 37, and Petitioner's Notice of Appeal, *see* Doc. Nos. 30, 34, the Court **DENIES AS MOOT** Petitioner's motions to appoint appellate counsel, leave to proceed in forma pauperis, and application for certificate of appealability. Petitioner's requests are more appropriately addressed to the Ninth Circuit. Therefore, Petitioner is reminded that he filed a Notice of Appeal, *see* Doc. Nos. 30, 34, and all requests and/or motions relating to that appeal should be filed with the Ninth Circuit.

**IT IS SO ORDERED**.

Dated: June 14, 2022

HON. MICHAEL M. ANELLO
United States District Judge